**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 96-7035**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TERRY PRESTON ADAMS,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Graham C. Mullen, District Judge.  (CR-91-11-ST-MU, CA-94-83-5-MU)

―――――――――――

Submitted:  January 9, 1997          Decided:  January 23, 1997

―――――――――――

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Robert J. Breimann, Jr., STREET, STREET, STREET, SCOTT & BOWMAN, Grundy, Virginia, for Appellant.  Harry Thomas Church, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Adams, Nos. CR-91-11-ST-MU; CA-94-83-5-MU (W.D.N.C. May 31, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED